UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEUK LAM,<br><br>                              Plaintiff,<br><br>v.<br><br>INFORMA SUPPORT SERVICES, INC., KENNETH A. ERIKSON, and MARC LEVINE,<br><br>                              Defendants. | Civil Action No. 1:20-cv-10199<br><br>***ELECTRONICALLY FILED*** |

## NOTICE OF REMOVAL

Defendant Informa Support Services, Inc. ("Informa"), by and through its counsel, Littler Mendelson, P.C., hereby removes this action from the Supreme Court of the State of New York, County of New York, where it is currently pending, to the United States District Court for the Southern District of New York. In support of this Notice of Removal, Defendant states as follows:

1. On October 5, 2020, Plaintiff Sheuk Lam commenced an action against Informa, Kenneth A. Erikson, and Marc Levine, entitled *Lam v. Informa Support Services, Inc., et al.*, Index No. 158199/2020 (hereinafter "Case No. 158199/2020"), in the Supreme Court of the State of New York, County of New York, by filing a Summons and Complaint. True and correct copies of the Summons and Complaint are attached collectively hereto as **Exhibit A**.

2. On October 15, 2020, Plaintiff purported to serve the Summons and Complaint upon Informa in Case No. 158199/2020 by delivering same to the State of New York, Department of State, pursuant to Section 306 of the New York Business Corporation Law.

3. The State of New York, Department of State, transmitted a copy of the Summons and Complaint in Case No. 158199/2020 to Corporation Service Company, 80 State Street,

Albany, New York 12207, which is designated by Informa to receive service of process from the State of New York, Department of State.

4. On November 4, 2020, Corporation Service Company processed and transmitted the Summons and Complaint in Case No. 158199/2020 to Informa.

5. Informa received the Summons and Complaint in Case No. 158199/2020 from Corporation Service Company on November 4, 2020.

6. As Defendant Informa received the Summons and Complaint on November 4, 2020, Defendant Informa is within the time period permitted under the case law and 28 U.S.C. § 1446 to remove Case No. 158199/2020 to the federal court within which such action is pending.

7. Plaintiff Sheuk Lam's last known address is listed on the Summons and Complaint as 18 Stanhope Street, Apt. 4B, Brooklyn, NY 11221. Upon information and belief, Plaintiff is, therefore, for the purpose of removal, a citizen of New York. **See Exhibit A**.

8. Defendant Informa is a Delaware corporation with its principal place of business in the State of Florida. Defendant Informa is, therefore, for the purpose of removal, and pursuant to 28 U.S.C. § 1332(c), a citizen of Delaware and Florida.

9. Defendant Kenneth A. Erikson, upon information and belief, resides in the State of Tennessee.

10. Defendant Marc Levine, upon information and belief, resides in the State of Florida.

11. Accordingly, none of the Defendants reside in the State of New York and, after consultation with Defendants Erikson and Levine, all Defendants consent to the removal of this action to federal court.

12. The parties are therefore diverse of citizenship as required for this Court to exercise diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

13. The amount in controversy is clearly greater than $75,000. Plaintiff seeks back pay for the period April 1, 2019 to present, front pay, compensatory damages, punitive damages, and attorneys' fees, plus costs and expenses. See **Exhibit A** at 24.

14. Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a)-(b), Plaintiff's state court action may be removed to federal district court because the amount in controversy exceeds $75,000, and there is complete diversity of citizenship between Plaintiff and Defendants.

15. Plaintiff's state court action, which was commenced in the Supreme Court of the State of New York, County of New York, may be removed to the United States District Court for the Southern District of New York because it is the federal district court that embraces New York County within its jurisdiction. Notice of removal of this action will be given to the Supreme Court for the County of New York by the filing in state court of the Notice of Filing of Removal of Action to the United States District Court for the Southern District of New York (hereinafter "Notice of Filing of Removal").

10. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the entire docket retrieved from the Supreme Court of the State of New York, County of New York, is attached hereto as **Exhibit B**. Besides the Summons and Complaint, and affidavits of service, no other process, pleadings or orders appear to have been served on Defendants in this matter.

16. A copy of this Notice of Removal is being served upon Plaintiff by email and a copy of this Notice of Removal will be filed in the Supreme Court for the State of New York, County of New York, and served upon Plaintiff, pursuant to 28 U.S.C. § 1446.

17. Defendants' Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, and Certificate of Service will be filed separately and the filing fee is being tendered herewith.

18. By filing a Notice of Removal in this matter, Defendant Informa does not waive its right to assert any and all defenses and/or objections in this case.

WHEREFORE, for all the foregoing reasons, Defendant Informa respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York and that this Court exercise jurisdiction over further proceedings.

Dated: Melville, New York
December 3, 2020

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____
Daniel Gomez-Sanchez
290 Broadhollow Road, Suite 305
Melville, New York 11747
Telephone: (631) 247-4700
Facsimile: (646) 219-5794
DSGomez@littler.com

*Attorneys for Defendant
Informa Support Services, Inc.*