UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X Civil Action No. 1:20-cv-10199-JPC
SHEUK LAM,

                Plaintiff,        **ORDER**

   -v-

INFORMA SUPPORT SERVICES, INC.,
KENNETH A. ERIKSEN, and MARC LEVINE,

                Defendants.
---------------------------------------------------------------X

Upon this Court's review of the Stipulation entered into by and between the parties seeking to remand this action to State Court, it is hereby:

                                                      January 13, 2021

**ORDERED**, that the Stipulation entered into between the parties dated ~~January 8, 2021~~ is hereby approved; and it is further

**ORDERED**, that this action is hereby remanded to the Supreme Court of the State of New York, County of New York, Index No. 158199/2020, for further proceedings.

Dated:   January   15 , 2021               ENTER:

                                                                _____
                                                                HON. JOHN P. CRONAN
                                                                UNITED STATES DISTRICT JUDGE